# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

LAFAYETTE D. HOLMES, JR.,

    Petitioner,

vs.

JO GENTRY, et al.,

    Respondents.

Case No. 2:17-cv-01980-RFB-GWF

**ORDER**

    Petitioner, who is in the custody of the Nevada Department of Corrections, has submitted a petition for a writ of habeas corpus. He did not submit an application to proceed in forma pauperis, nor did he pay the filing fee of five dollars ($5.00).

    IT IS THEREFORE ORDERED petitioner shall file an application for leave to proceed in forma pauperis, accompanied by a signed financial certificate and a statement of his inmate account. The clerk of the court shall send petitioner a blank application form for incarcerated litigants. In the alternative, petitioner shall make the necessary arrangements to pay the filing fee of five dollars ($5.00), accompanied by a copy of this order. Petitioner shall have forty-five (45) days from the date that this order is entered to comply. Failure to comply will result in the dismissal of this action.

    DATED: August 9, 2017.

                                                             RICHARD F. BOULWARE, II
                                                             United States District Judge