# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

LAFAYETTE D. HOLMES, JR.,

    Petitioner,

vs.

JO GENTRY, et al.,

    Respondents.

Case No. 2:17-cv-01980-RFB-GWF

**ORDER**

Petitioner has submitted an application to proceed in forma pauperis (ECF No. 6) and supporting documents (ECF No. 8). Petitioner receives deposits large enough, and frequent enough, that he can pay the full filing fee of five dollars ($5.00).

IT IS THEREFORE ORDERED that the application to proceed in forma pauperis (ECF No. 6) is **DENIED**. Petitioner shall have forty-five (45) days from the date that this order is entered to have the filing fee of five dollars ($5.00) sent to the clerk of the court. Failure to comply will result in the dismissal of this action.

IT IS FURTHER ORDERED that the clerk of the court shall send petitioner two copies of this order. Petitioner is ordered to make the necessary arrangements to have one copy of this order attached to the check paying the filing fee.

DATED: January 9, 2018

                                                        RICHARD F. BOULWARE, II
                                                        United States District Judge