# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LAFAYETTE D. HOLMES, JR., | Case No. 2:17-cv-01980-RFB-GWF |
| Petitioner, | **ORDER** |
| v. | |
| JO GENTRY, et al., | |
| Respondents. | |

Petitioner having filed an unopposed motion to extend time to file second amended petition (fourth request) (ECF No. 24), and good cause appearing;

IT THEREFORE IS ORDERED that petitioner's unopposed motion to extend time to file second amended petition (fourth request) (ECF No. 24) is **GRANTED**. Petitioner will have through July 12, 2019, to file a second amended petition for a writ of habeas corpus.

DATED: June 20, 2019.

_____
RICHARD F. BOULWARE, II
United States District Judge