# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LAFAYETTE D. HOLMES, JR.,<br><br>Petitioner,<br><br>v.<br><br>JO GENTRY, et al.,<br><br>Respondents. | Case No. 2:17-cv-01980-RFB-GWF<br><br>**ORDER** |

Petitioner having filed an unopposed motion to extend time to file second amended petition (fifth request) (ECF No. 26), and good cause appearing;

IT THEREFORE IS ORDERED that petitioner's unopposed motion to extend time to file second amended petition (fifth request) (ECF No. 26) is **GRANTED**. Petitioner will have through August 2, 2019, to file a second amended petition for a writ of habeas corpus.

DATED: July 16, 2019.

_____
RICHARD F. BOULWARE, II
United States District Judge